UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Cordaryl Silva
v.

Ashley Ortiz

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Cordaryl Silva _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                      (State)
presently resides at  900 Highland Ave Cheshire CT 06410 .
                              (mailing address)

2. Defendant Ashley Ortiz _____ is a citizen of Connecticut _____
             (name of first defendant)                  (State)
whose address is  N/A _____.

3. Defendant _____ is a citizen of _____
    (name of second defendant)                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Section 1983 of title 42 under the United State code

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. A violation of my constitutional right for a use of unnecessary force I was being escorted to RHU handcuffed and with two officer one controlling the right side of my body the other controlling my left side when LT ortiz mace me when I was no threat to her or her officers and was not resisting

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: _Cruel and ~~excessive~~ unusual punishment Clause of the Eighth Amendment_

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II**: _____

Supporting Facts:

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

Money Compensation of $250,000.00

## F. JURY DEMAND

Do you wish to have a jury trial?  (Yes)     No

_____    _[signature]_____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____    _____
Printed Name                                           Printed Name
                                                                  Cordaryl Dwayne Silon

( )                                                              ( ) 900 Highland Ave Cheshire CT
Attorney's full address and telephone    Plaintiff's full address and telephone    06410

Email address if available                     Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on __2/2/2026_____.
                  (location)                              (date)

                                                _[signature]_____
                                                **Plaintiff's Original Signature**

(Rev.3/29/16)

5